**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DALER OLIMOVICH NORIMOV, | : | |
| Petitioner, | : | No. 26-cv-4086-JMY |
| | : | |
| vs. | : | |
| | : | |
| DIRECTOR DAVID KRATZ, Bucks County | : | |
| Dept. of Corrections, *et al.* | : | |
| Respondents. | : | |

**<u>Order to Show Cause</u>**

**AND NOW**, this 14th day of June 2026, upon consideration of the Petition for Writ of Habeas Corpus (hereinafter "Petition") (ECF No. 1), and the accompanying Motion for Temporary Restraining Order (ECF No. 2) filed by the Petitioner, a Rule to Show Cause is hereby issued upon the Government to show cause why the Petition for habeas relief should not be granted. The Government shall show cause in a written response filed on the docket on or before **Wednesday, June 17, 2026**, unless the Government shows that good cause for additional time is necessary. *See* 28 U.S.C. § 2243.

It is further **ORDERED** that the Government shall not transfer Petitioner outside of the Eastern District of Pennsylvania while the above-captioned habeas corpus petition is pending, and Petitioner's Motion for Temporary Restraining Order is **DENIED** as **MOOT** in light of the relief provided by the Court in entering this Order.

The Clerk of Court is Ordered to immediately serve a copy of the Petition for Writ of Habeas Corpus on the United States Attorney's Office for the Eastern District of Pennsylvania via mail or the Court's electronic filing system.

**IT IS SO ORDERED**.

BY THE COURT:

*/s/ John Milton Younge*
**Judge John Milton Younge**